FILED

JUN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAUL MOLINA-MONTES (1),<br>SAUL GERARDO (2),<br>Defendants. | Criminal Case No. 08CR1888-H<br>I N F O R M A T I O N<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(iii) and<br>(v)(II) - Harboring Illegal Aliens<br>and Aiding and Abetting |

The United States Attorney charges:

On or about May 22, 2008, within the Southern District of California, defendants RAUL MOLINA-MONTES and SAUL GERARDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gregorio Gemez-Martinez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a building located at 361 Magnolia Street, El Centro, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: June 10, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
6/9/08