AO 455 (Rev. 5/85) Waiver of Indictment

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

SAUL GERARDO (2)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 mj 8474

I, SAUL GERARDO, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Saul Gerardo
Defendant

Charles H. Adair
Defense Counsel

Before ____________________
Judicial Officer

**FILED**

JUN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY