UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 10 P 12:36

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR1888-H 08mj8474 |
| vs. | ORDER |
| Raul Molina-Montes, et al | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 06373298 885513 |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gregorio Gomez-Martinez

DATED: 6/10/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Flores

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082