UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 10 P 4:46

UNITED STATES OF AMERICA, Plaintiff

vs.

Raul Molina-Montes, et al

Defendant(s)

CRIMINAL NO. 08CR1888-H
08mj8474

ORDER

RELEASING MATERIAL WITNESS

Booking No. 885 508

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eduardo Torres-Sanchez
06368-298
@ ICE

DATED: 6/10/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by E. Flores

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082