EB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 10 P

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR1888-H |
| vs. | ORDER 08mj8474 |
| Raul Molina-Montes et al | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 885510 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Javier Gomez-Reyes
06369-298
@ ICS.

DATED: 6/10/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** S. Flores

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95



BP